**DEBERRY, S.**

v.

·The ESTATE OF GARRISON, G.

**687 WDA 2016**

Superior Court of Pennsylvania.

03/24/2017

1167 AD 2012
(Greene)

Affirmed

**COM.**

v.

**STARBIRD, H.**

**848 WDA 2016**

Superior Court of Pennsylvania.

03/24/2017

CP–07–CR–0002632–2008
(Blair)

Affirmed

**COM.**

v.

**SAYLOR, J.**

**3181 EDA 2015**

Superior Court of Pennsylvania.

03/27/2017

CP–51–CR–0700411–2001
(Philadelphia)

Affirmed

**COM.**

v.

**WIGFALL, E.**

**3557 EDA 2015**

Superior Court of Pennsylvania.

03/27/2017

Reargument Denied 6/7/2017

CP–51–CR–0012295–2011 (Philadelphia)

Affirmed